JS6

UNITED STATES DISCTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER FINDLER;** | CASE NO.:    26-CV-02284 RGK (ACCVx) |
| Plaintiff, | [Proposed] **ORDER RE: STIPULATION REGARDING PLAINTIFF'S DAMAGES AND REMAND TO STATE COURT** |
| **v.** | |
| **COSTCO, a business entity form unknown; COSTCO WHOLESALE CORPORATION; BRIAN MCCUTHEON, and DOES 1-100, inclusive,** | **[14]** |
| Defendants. | |

/ / /

/ / /

F:\C & C\Defendants\541-Costco\25\001-Findler\Outgoing\Order re Stip-Remand.doc    *Stipulation re: Plaintiff's Damages and Remand*

# **ORDER**

Good Cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action immediately be remanded to the Orange County Superior Court.

2. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and remand of the Action;

3. This Stipulation renders moot all pending deadlines and hearings in this case which are concurrently vacated.


IIT IS SO ORDERED.



DATED: April 3, 2026     _____

                        HON. R. GARY KLAUSNER

                        U.S District Judge


**cc:  Superior Court of the State of California Orange, 30-02025-01516677-CU-PO-WJC**

*Stipulation re: Plaintiff's Damages and*